UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROCHESTER ADVANCED DENTISTRY, PLLC, and JEFFREY HADDAD, DDS,<br><br>    Petitioners,<br><br>v.<br><br>MATTHEW WOLFE, DDS, and MICHELLE WOLFE,<br><br>    Respondents. | Case No. 25-cv-13861<br><br>Honorable Robert J. White |

## ORDER OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

Rochester Advanced Dentistry, PLLC and Jeffrey Haddad ("petitioners") commenced this action under the Federal Arbitration Act ("FAA") to confirm a previously issued arbitration award. (ECF No. 1). *See* 9 U.S.C. § 9. The petition relies upon the FAA's award-confirmation-provision (9 U.S.C. § 9) and the presence of a federal question (28 U.S.C. § 1331) as the bases for invoking the Court's subject matter jurisdiction. (ECF No. 1, PageID.3, ¶ 10).

The Court ordered petitioners to show cause by Monday, December 8, 2025 as to why the petition should not be dismissed for lack of subject matter jurisdiction. (ECF No. 8, PageID.216). In the alternative, the Court directed petitioners to file a

notice of voluntary dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), in the event they concluded on their own that subject matter is jurisdiction is absent. (*Id.*, PageID.217). Because petitioners did not respond to the show cause order, and since the Court concludes that it indeed lacks subject matter jurisdiction to confirm the arbitration award pursuant to *Badgerow v. Walters*, 596 U.S. 1 (2022), it is hereby,

ORDERED that the petition to confirm the arbitration award is dismissed for lack of subject matter jurisdiction. The dismissal is without prejudice to filing the petition in state court.

IT IS FURTHER ORDERED that Clerk of the Court is directed to close the case.

Dated: December 9, 2025            s/ Robert J. White
                                                                          Robert J. White
                                                                          United States District Judge